### 7366.   LANGSTON v. CITY OF HAZLEHURST.

HODGES, J.   The evidence was conflicting as to a violation of the "blind-
   tiger" ordinance of the city, as set forth in the petition for certiorari,
   but there was ample evidence to sustain the conviction; and, no error
   of law being complained of, the court did not err in refusing to sanc-
   tion the certiorari.                              *Judgment affirmed.*

DECIDED JUNE 27, 1916.

Petition for certiorari; from Appling superior court—Judge
Highsmith.   February 14, 1916.

*W. W. Bennett,* for plaintiff in error.

*S. D. Dell, Gordon Knox,* contra.